## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERIK ROMANO LOFTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-737-R |
| | ) | |
| GARFIELD COUNTY, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary Purcell entered October 18, 2012. Doc. No 15. No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation [Doc. No. 15] is ADOPTED and Plaintiff's Complaint is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee or to show cause for failure to do so.

IT IS SO ORDERED this 4th day of December, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE